**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

Thelma J. Smith,

    Plaintiff(s)

Case Number: 1:19-1053
(Dlott)

Fidelity Mortgage, Inc., et al.

    Defendant (s)

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED:** The Court has reviewed the Report and Recommendation doc. [26], accordingly, Fidelity's motion to dismiss [21] is DENIED. Attorney fees are awarded against counsel for plaintiff for the time and expenses associated with Fidelity's motion to dismiss.

January 5, 2021                                                                      Richard W. Nagel, Clerk of Court

                                                                                                             By <u>s/Jennifer Webster</u>
                                                                                                               Deputy Clerk